# In the United States Court of Federal Claims

No. 17-1490 C

**ELIAS GROUP, LLC**
    **Plaintiff**


    **v.**          **JUDGMENT**

**THE UNITED STATES**
    **Defendant**

   **and**

**VISION PLANNING &**
**CONSULTING, LLC**
    **Defendant-Intervenor**


    Pursuant to the court's Order and Opinion, filed May 29, 2018, granting defendant's motion to dismiss,

    IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff's amended complaint is dismissed for lack of jurisdiction.  No costs.


                                       Lisa L. Reyes
                                       Clerk of Court

**June 1, 2018**                   By:     s/ Debra L. Samler

                                         Deputy Clerk


NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>.  Filing fee is $505.00.